

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2009
NOVEMBER 3, 2009 SESSION

FILED

NOV - 3 2009

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 5:09-00246

18 U.S.C. § 1791(a)(2)
18 U.S.C. § 1791(b)(3)

TERRENCE WHITE

## I N D I C T M E N T

The Grand Jury Charges:

On or about July 20, 2009, at or near Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia, defendant TERRENCE WHITE, being an inmate of a prison, that is, the Federal Correctional Institution at Beckley, did knowingly and unlawfully possess a prohibited object, that is, marijuana.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791 (b)(3).

CHARLES T. MILLER
United States Attorney

By: _____

JOHN L. FILE
Assistant United States Attorney