IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   CRIMINAL ACTION NO. 5:09-cr-00246

TERRENCE WHITE,

    Defendant.

**FILED**
JAN - 6 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## WRITTEN PLEA OF GUILTY

In the presence of Mary Lou Newberger, my counsel, who has fully explained the charge contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in the Indictment.

DATE: 1/6/10

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT